Mrs. Francis Nell HIGGINBOTHAM, Admx., etc., of Marshall K. Higginbotham, Deceased, etc., et al., Plaintiffs-Appellees, Cross-Appellants,

v.

MOBIL OIL CORPORATION et al., Defendants-Appellants, Cross-Appellees.

Mrs. Wanda Moore LONG, Admx. of the Estate of Deceased Joseph C. Long, Jr., etc., Plaintiff-Appellant,

v.

BELL HELICOPTER CO., etc., Defendant-Appellee.

Jeanette LeBlanc NATION, Personal Representative for Ella Menard Nation and Roy Glen Nation, Plaintiffs-Appellants,

v.

TEXTRON INDUSTRIES, INC., etc., et al., Defendants-Appellees.

Mrs. Arline J. SHINN, Individually, etc., et al., Plaintiffs-Appellants,

v.

MOBIL OIL CORPORATION and Bell Helicopter, Defendants-Appellees.

No. 74–1275.

United States Court of Appeals, Fifth Circuit.

Aug. 7, 1978.

Before THORNBERRY, GODBOLD, and GEE, Circuit Judges.

BY THE COURT:

In accordance with the mandate of the Supreme Court in its Cause No. 76–1726, —— U.S. ——, 98 S.Ct. 2010, 56 L.Ed.2d 581, *Mobil Oil Corporation v. Francis Nell Higginbotham, Administratrix of the Estate of Marshall K. Higginbotham, et al.,* IT IS ORDERED AND ADJUDGED that the judgment of this Court in the above cause is remanded to the United States District Court for further proceedings in conformity with the judgment of the United States Supreme Court.

N. H. NEWMAN et al., Plaintiffs-Appellees,

v.

STATE OF ALABAMA et al., Defendants-Appellants.

Jerry Lee PUGH, for himself and others similarly situated, Plaintiffs-Appellees,

v.

Judson C. LOCKE, Jr. and State of Alabama et al., Defendants-Appellants.

Worley JAMES et al., Plaintiffs-Appellees,

v.

George C. WALLACE et al., Defendants-Appellants.

No. 76–2269.

United States Court of Appeals, Fifth Circuit.

Aug. 7, 1978.

Before COLEMAN, Circuit Judge, KUNZIG,* Judge, and GEE, Circuit Judge.

BY THE COURT:

Upon the mandate of the Supreme Court of the United States dated July 3, 1978, and filed in this Court July 13, 1978, the District Court is ordered to dismiss the State of Alabama and the Alabama Board of Corrections from this action.

* Judge of the United States Court of Claims, sitting by designation.